# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 10, 2023

### NO. 03-22-00715-CV

**Jackie Guerrero, Appellant**

**v.**

**Estate of Robert Caldwell, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, SMITH, AND JONES
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE JONES**

This is an appeal from the judgment signed by the trial court on October 25, 2022. Having reviewed the record, the Court holds that appellant has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.